AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FOR THE DISTRICT OF MASSACHUSETTS, BOSTON

JEROME RABINOWITZ )
Register No. 44577-053 )
FMC-DEVENS, PO BOX 879, AYER MA 01432 )
_____ )
*Petitioner* )
)
v. ) Case No. _____
) (Supplied by Clerk of Court)
JEFF GRONDOLSKY, WARDEN )
Federal Medical Center-Devens )
PO Box 879, Ayer MA 01432 )
_____ )
*Respondent* )
*(name of warden or authorized person having custody of petitioner)*

FILED IN CLERKS OFFICE
2015 APR 8 PM 12:52

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: **JEROME RABINOWITZ**
   (b) Other names you have used: **NONE**
2. Place of confinement:
   (a) Name of institution: **FEDERAL MEDICAL CENTER-DEVENS**
   (b) Address: **PO BOX 879, AYER MA 01432**
   (c) Your identification number: **44577-053**
3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain: _____

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: **UNITED STATES COURTHOUSE 85 MARCONI BOULEVARD, COLUMBUS, OHIO 34215**
   (b) Docket number of criminal case: **11 CR 230(GLF)**
   (c) Date of sentencing: **DECEMBER 7, 2012**
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
    ☐ Pretrial detention
    ☐ Immigration detention
    ☐ Detainer
    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
    ☐ Disciplinary proceedings
    ☐ Other *(explain)*:

6. Provide more information about the decision or action you are challenging:
    (a) Name and location of the agency or court: BUREAU OF PRISON PO BOX 879, AYER MA 01432
    (b) Docket number, case number, or opinion number: N/A
    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Failure to follow the laws, rules, established policies in calculating, creditins of time by prison officials.
    (d) Date of the decision or action: March 04, 2015

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
    Did you appeal the decision, file a grievance, or seek an administrative remedy?
    ☒ Yes          ☐ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: JEFF GRONDOLSKY, WARDEN
        (2) Date of filing: March 4, 2015
        (3) Docket number, case number, or opinion number: n/a
        (4) Result: NO Response submitted.
        (5) Date of result: n/a
        (6) Issues raised: Good Time Credit, Home Confinment, and Second Chance Act.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes     ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal:   Petitioner should have released for up to a year of home confinement under the Second Chance Act. Any further administrative appeal without a this Court intervention will cause irreparable harm to Petitioner.

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes     ☒ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal:   Further appeal without this court intervention will cause irreparable harm to Petitioner.

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes         ☒ No

If "Yes," answer the following:

(a)   Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes         ☒ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b)   Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes         ☒ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

   Does this case concern immigration proceedings?

   ☐ Yes    ☒ No

   If "Yes," provide:

   (a) Date you were taken into immigration custody:
   (b) Date of the removal or reinstatement order:
   (c) Did you file an appeal with the Board of Immigration Appeals?

   ☐ Yes    ☒ No

   If "Yes," provide:
   (1) Date of filing:
   (2) Case number:
   (3) Result:
   (4) Date of result:
   (5) Issues raised:

   (d) Did you appeal the decision to the United States Court of Appeals?

   ☒ Yes    ☐ No

   If "Yes," provide:
   (1) Name of court: United States Court of Appeals for the Sixth
   (2) Date of filing: March 12, 2013
   (3) Case number: 12-4492

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result: Judgment Affirmed.
(5) Date of result: February 11, 2014
(6) Issues raised: Undue Prejudice,
Denial of Right of Confrontation
Prejudicial admission of certain evidence.

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes  ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application: n/a
(b) Name of the authority, agency, or court: n/a

(c) Date of filing: n/a
(d) Docket number, case number, or opinion number: n/a
(e) Result: n/a/
(f) Date of result: n/a
(g) Issues raised: n/a

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Petitioner is entitled to serve 10% of his sentence at a halfway house or home confinement.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner was sentenced to 48 months incarceration. 10% Percent. of the sentence, or 4.8 months must be served at a halfway house or home confinement. Petitioner is 73 years old and has home with his wife in Greatneck, New York.

(b) Did you present Ground One in all appeals that were available to you?
X ☐ Yes      ☐ No

**GROUND TWO**: Petitioner is entitled to 54 days of Good Time for a total of 216 days.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Petitioner who is 73 years old was sentenced to 48 months incarceration. He has yet to receive a release date from prison officials. According to BOP policies his release date is August 16, 2015.

(b) Did you present Ground Two in all appeals that were available to you?
☒ Yes      ☐ No

**GROUND THREE**: Petitioner is qualified for early release under the Second Chance Act.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Under the Second Chance Act, Petitioner would be entitled to up One year of Home confinement. Prison officials refuse to consider Petitioner for early release. Officials did not respond to Petitioner's request for consideration under the Act.

(b) Did you present Ground Three in all appeals that were available to you?
☒ Yes      ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: Petitioner seeks the following reliefs:
    1. Home Confinement under the Second Chance Act;
    2. Granting Petitioner 54 days of good time for a total of 216 days.
    3. Allowing Petitioner to serve Ten Percent of his sentence at home or at a halfway house.
    4. Any other relief the court deems proper.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

<u>This Petition was placed</u> on the __4__ day of __April__ 2015.

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: __3/30/2015__

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

DAVID D. PREMSINGH
Notary Public
Massachusetts
Commission Expires Jan 21, 2016