UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEROME RABINOWITZ, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN JEFFREY GRONDOLSKY, )<br>)<br>Respondent. )<br>) | C. A. NO. 15-11559-IT |

**DEFENDANT'S MOTION FOR EXTENSION TO RESPOND**

  The government requests that the Court extend the deadline for responding to the Petition from May 21, 2005 to June 1, 2015.  The undersigned will be out of state from May 9 through May 15 and will be unable to prepare the response within the designated period of time.  As of this day, the Bureau of Prisons has not conducted its assessment of the inmate's medical records and has not reached any conclusion regarding the merits of the claims and the relief requested. The Bureau of Prisons knows of no reason why the Petitioner should be regarded as needing the requested care on an urgent basis.

  Accordingly, the governments requests that it be granted leave to file its response on or before June 1, 2015.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CARMEN M. ORTIZ<br>United States Attorney |
| By: | */s/ Anita Johnson*<br>ANITA JOHNSON, BBO No. 565540<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way - Suite 9200<br>Boston, MA  02210<br>(617) 748-3100 |
| Dated: May 8, 2015 | Anita.Johnson@usdoj.gov |

## CERTIFICATE PURSUANT TO LR. 7.1(A)(2)

The undersigned has conferred and informed Plaintiff's counsel regarding the relief requested in this motion.  Plaintiff's counsel, R. Bradford Bailey, Esq., expressed that he would only assent to no great than a 3-day extension.

|  |  |
|---|---|
|  | */s/ Anita Johnson*<br>ANITA JOHNSON |
| Dated: May 8, 2015 | Assistant United States Attorney |

## CERTIFICATE OF SERVICE

I, Anita Johnson, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants by First Class Mail.

> Jerome Rabinowitz
> Register# 44577
> DEVENS
> FEDERAL MEDICAL CENTER
> Inmate Mail/Parcels
> P. O. Box 879
> Ayer, MA 01432

|  |  |
|---|---|
|  | */s/ Anita Johnson*<br>ANITA JOHNSON |
| Dated: May 8, 2015 | Assistant United States Attorney |