# EXHIBIT A

```
   DEVPZ            *            PUBLIC INFORMATION            *      05-19-2015
PAGE 001            *               INMATE DATA                *        15:03:57
                                 AS OF 05-19-2015

REGNO..: 44577-053 NAME: RABINOWITZ, JEROME

                   RESP OF: DEV
                   PHONE..: 978-796-1000    FAX: 978-796-1118
                                            RACE/SEX...: WHITE / MALE
                                            AGE:  72
PROJ REL MT: GOOD CONDUCT TIME RELEASE      PAR ELIG DT: N/A
PROJ REL DT: 02-09-2016                     PAR HEAR DT:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
 DEVPZ           *          PUBLIC INFORMATION              *     05-19-2015
PAGE 002          *              INMATE DATA                *      15:03:57
                            AS OF 05-19-2015

REGNO..: 44577-053 NAME: RABINOWITZ, JEROME

                 RESP OF: DEV
                 PHONE..: 978-796-1000    FAX: 978-796-1118
HOME DETENTION ELIGIBILITY DATE: 09-17-2015

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-09-2016 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: OHIO, SOUTHERN DISTRICT
DOCKET NUMBER....................: CR2-11-230
JUDGE............................: FROST
DATE SENTENCED/PROBATION IMPOSED: 12-07-2012
DATE COMMITTED...................: 04-25-2013
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                  FELONY ASSESS   MISDMNR ASSESS    FINES         COSTS
NON-COMMITTED.:   $3,900.00       $00.00            $25,000.00    $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT:  $492,024.53

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:   549
OFF/CHG: 18:1341;MAIL FRAUD, CTS.6,8-14&16-32;18:1957;MONEY LAUNDERING
         CTS. 33-35;18:1343;WIRE FRAUD, CTS. 36-44;18:287;FALSE CLAIMS,
         CTS. 45-46

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    48 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 DATE OF OFFENSE.................: 12-11-2007




G0002        MORE PAGES TO FOLLOW . . .
```

```
 DEVPZ            *          PUBLIC INFORMATION         *      05-19-2015
PAGE 003 OF 003   *             INMATE DATA             *      15:03:57
                              AS OF 05-19-2015

REGNO..: 44577-053 NAME: RABINOWITZ, JEROME

                   RESP OF: DEV
                   PHONE..: 978-796-1000    FAX: 978-796-1118
------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-05-2013 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 03-05-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 12-07-2012
TOTAL TERM IN EFFECT............:    48 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS
EARLIEST DATE OF OFFENSE........: 12-11-2007

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     09-22-2011    09-22-2011
                                     08-17-2012    12-06-2012

TOTAL PRIOR CREDIT TIME.........: 113
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 188
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 02-09-2016
EXPIRATION FULL TERM DATE.......: 08-15-2016
TIME SERVED.....................:     2 YEARS     9 MONTHS      3 DAYS
PERCENTAGE OF FULL TERM SERVED..:  68.9

PROJECTED SATISFACTION DATE.....: 02-09-2016
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

**EXHIBIT B**

```
   DEVPZ              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       05-19-2015
PAGE 001 OF                                                                14:30:42
      FUNCTION: L-P  SCOPE: REG    EQ 44577-053       OUTPUT FORMAT: FULL
-------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____    DT STS: FROM _____ THRU _____
DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _  REMEDY LEVEL: _ _             RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____
TRACK:  DEPT: _____   _____   _____   _____   _____   _____
      PERSON: _____   _____   _____   _____   _____   _____
        TYPE: ___   ___   ___   ___   ___   ___
EVNT FACL: EQ ____   ____   ____   ____   ____   ____
RCV FACL.: EQ ____   ____   ____   ____   ____   ____
RCV UN/LC: EQ ____   ____   ____   ____   ____   ____
RCV QTR..: EQ _____   _____   _____   _____   _____   _____
ORIG FACL: EQ ____   ____   ____   ____   ____   ____
ORG UN/LC: EQ ____   ____   ____   ____   ____   ____
ORIG QTR.: EQ _____   _____   _____   _____   _____   _____




G0002         MORE PAGES TO FOLLOW . . .
```

```
   DEVPZ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      05-19-2015
PAGE 002 OF 002 *              FULL SCREEN FORMAT                *      14:30:42


REGNO: 44577-053 NAME: RABINOWITZ, JEROME
RSP OF...: DEV UNT/LOC/DST: J UNIT              QTR.: J02-209U   RCV OFC: DEV
REMEDY ID: 815826-F1      SUB1: 33ZM SUB2:      DATE RCV:   03-26-2015
UNT  RCV..:J UNIT         QTR RCV.: J02-209U    FACL RCV: DEV
UNT  ORG..:J UNIT         QTR ORG.: J02-209U    FACL ORG: DEV
EVT FACL.: DEV    ACC LEV: DEV  1                  RESP DUE:  TUE  05-05-2015
ABSTRACT.: RESULTS OF SIS INVESTIGATION
STATUS DT: 05-19-2015   STATUS CODE: CLG STATUS REASON: PAR
INCRPTNO.:           RCT: N EXT: N DATE ENTD: 03-31-2015
REMARKS..:


                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
 DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE     DATE RETURNED
 THU 04-09-2015      SIS          DT    03-31-2015   INV          05-18-2015
 MON 05-18-2015      CEO          JG    05-18-2015   SIG          05-18-2015




                     1 REMEDY SUBMISSION(S) SELECTED
G0000            TRANSACTION SUCCESSFULLY COMPLETED
```

# EXHIBIT C



U.S. Department of Justice
Federal Bureau of Prisons
*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

July 25, 2014

MEMORANDUM FOR J. GRONDOLSKY, WARDEN

FROM: A. Frederick, Unit Manager

SUBJECT: RABINOWITZ, Jerome
Reg. No. 44577-053
RRC Non-referral Justification

The above named inmate has refused Residential Reentry Center (RRC) placement (i.e., Home Confinement, Electronic Monitoring, or RRC Placement) or was not recommended nor approved for RRC Placement for the following reason(s):

    \_\_\_\_ A. Poor Institution Adjustment (Attached BP-351.060).
    \_\_\_\_ B. FRP Refuse (Attach PP37, FRP & Commissary Statement).
    \_\_\_\_ C. DAPS Require Refuse (Attach PP37, DRG).
    \_\_\_\_ D. Violence/Firearms (Attach PPG6).
    \_\_\_\_ E. Escape/RRC.
    \_\_\_\_ F. Sex Offender (Attach PPGO).
    \_\_\_\_ G. Psychiatric Case.
    \_\_\_\_ H. Deportable Alien (Attach PPG6).
    **XXX** I. Unresolved Pending Charges or Detainers.
    \_\_\_\_ J. Unresolved Medical Issue.
    \_\_\_\_ K. Inmate Refused Community Program Placement.
    \_\_\_\_ L. Too Short for Placement (State ARSD/Where Transferred from).
    \_\_\_\_ M. Inmate does not require pre-release transition services.
            \_\_\_\_ 1. Release Residence
            \_\_\_\_ 2. Employment
            \_\_\_\_ 3. Monetary Resources

Inmate Rabinowitz arrived at FMC Devens on April 25, 2013 as an initial designation. He is currently serving a 48 month sentence with 3 years of supervised release for Mail Fraud; Money Laundering; Wire Fraud; and False Claims. He has a projected release date of February 9, 2016 via Good Conduct Time Release. Inmate Rabinowitz is currently under investigation by the United States Marshals Service, District of Massachusetts. This investigation is confidential and the details will not be released until an appropriate disposition has been determined by the United States Attorney's Office. Due to this active investigation, RRC or direct home confinement placement is not appropriate. Upon release, inmate Rabinowitz reports he plans to live with his wife, Wendy Rabinowitz, at 84 Nassau Drive, Great Neck, New York. He has no prospective employment at this time. He is currently participating in the Financial Responsibility Program and the Release Preparation Program.

According to Program Statement 7301.04 § 10 (g), inmates who have pending charges or detainers are not ordinarily placed in Community Corrections Centers. The Unit Team makes every effort to place all eligible inmates in an RRC; however, based upon the circumstances involved in inmate Rabinowitz's case, we are recommending he be denied RRC placement and remain at this facility until his release.

RABINOWITZ, Jerome
Reg. No. 44577-053
Page 2 of 2

Reviewed by:

_____  July 29, 2014
John D. Colautti, Case Management Coordinator   Date

_____  8/8/14
Mary Long, Executive Assistant   Date

_____ Acting  8/12/14
F. Grondolsky, Warden   Date



U.S. Department of Justice

Federal Bureau of Prisons

*Federal Medical Center, Devens*

P.O. Box 880
Ayer, MA 01432

July 25, 2014

**Residential Re-Entry Center Consideration/Re-Consideration***

| | | |
|---|---|---|
| Inmate Name: | RABINOWITZ, Jerome | Reg. No.: 44577-053 |
| Projected Release Date: | February 9, 2016 | Unit: J |

Pursuant to the "Second Chance Act of 2007", the Unit Team is reviewing the above-referenced inmate on an individual basis for Residential Re-Entry Center (RRC) placement. The following criteria was considered when making the RRC recommendation:

1. The resources of the facility contemplated (bed space availability)** _____
2. The nature and circumstances of the offense _____
3. The history and characteristics of the prisoner _____
4. Any statement of the court that imposed the sentence
   (a) concerning the purposes for which the sentence to imprisonment was determined to be warranted or (b) recommending a type of penal or correctional facility as appropriate _____
5. Any pertinent policy statement issued by the U.S. Sentencing Commission _____
6. Whether the inmate completed (a) Inmate Skills Development programming participates
   (b) non-residential Drug Abuse Treatment Program (DAP) _____
   or Residential Drug Abuse Treatment Program (RDAP) _____
7. Is home confinement appropriate? No. Explain: Inmate Rabinowitz is currently being investigated by the United States Marshals Service, District of Massachusetts. This investigation is confidential and the details will not be released until an appropriate disposition has been determined by the United States Attorney's Office. Due to this active investigation, home confinement is not appropriate in this case.

As a component of the above factors, Unit Team has considered the inmate's need for services, public safety and the necessity of the Bureau to manage its inmate population, as outlined in Program Statement 7310.04, Community Corrections Center Utilization and Transfer Procedure.

As a result of the Unit Team's review of the aforementioned criteria, we recommend a RRC placement of: no RRC.

Inmate Rabinowitz arrived at FMC Devens on April 25, 2013 as an initial designation. He is currently serving a 48 month sentence with 3 years of supervised release for Mail Fraud; Money Laundering; Wire Fraud; and False Claims. He has a projected release date of February 9, 2016 via Good Conduct Time Release. Inmate Rabinowitz is currently under investigation by the United States Marshals Service, District of Massachusetts. This investigation is confidential and the details will not be released until an appropriate disposition has been determined by the United States Attorney's Office. Due to this active investigation, RRC or direct home confinement placement is not appropriate. Upon release, inmate Rabinowitz reports he plans to live with his wife, Wendy Rabinowitz, at 84 Nassau Drive, Great Neck, New York. He has no prospective employment at this time. He is currently participating in the Financial Responsibility Program and the Release Preparation Program.

According to Program Statement 7301.04 § 10 (g), inmates who have pending charges or detainers are not ordinarily placed in Community Corrections Centers. The Unit Team makes every effort to place all eligible inmates in an RRC; however, based upon the circumstances involved in inmate Rabinowitz's case, we are recommending he be denied RRC placement and remain at this facility until his release.

Page 2 of 2
RABINOWITZ, Jerome, Reg. No. 44577-053
Residential Re-Entry Center Consideration/Re-Consideration*

Submitted by: _____   Date: 7·25·14
A. Fredericks, Unit Manager

Approved by: _____   Date: 8/8/2014
Mary Long, Executive Assistant

*Reconsiderations must be noted on Inmate Activity Record
File: Inmate Central File Section 5