UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEROME RABINOWITZ,

Petitioner,

v.

JEFF GRONDOLSKY, WARDEN

Respondent.

C.A. No. 15-11559-IT

DECLARATION OF DR. YAOSHIEN PENG, D.D.S.

I, YAOSHIEN PENG, hereby make the following declaration:

1.  I am a commissioned officer in the United States Public Health Service ("PHS") holding the rank of Lieutenant Commander. I have been detailed to the Federal Bureau of Prisons ("BOP") as a Dental Officer ("DO") at the Federal Medical Center, Devens, Massachusetts ("FMC Devens") since March 2012. Prior to this assignment, I was a PHS Dental Officer assigned to the United States Coast Guard. Altogether, I have been with USPHS for five years. I am a 1999 graduate of the Columbia University School of Dentistry. In my capacity as Dental Officer, I provide clinical dental treatment to inmates in accordance with BOP Program Statement 6400.02, *Dental Services* ("P.S. 6400.02"). *See Attachment A, P.S. 6400.02.*

2.  In order to perform my official duties, I have access to numerous records regarding federal prisoners maintained in the ordinary course of business in the BOP, including electronic medical records kept in the BOP's Bureau Electronic Medical Records ("BEMR") system.

3.  I am aware that the plaintiff, Jerome Rabinowitz, Federal Reg. No. 44577-053 ("Plaintiff"), has filed a complaint alleging claims relating to his dental treatment while in BOP custody.

4.  I am aware of Plaintiff and the circumstances giving rise to his complaint. Plaintiff avers he has been experiencing "constant, moderate pain emanating from his gums for the last 2 ½ years." *Petitioner's Amended Motion*, ¶ 3. His BOP medical and dental records show the following.

5.      At his intake health screening at the Federal Correctional Institution, Milan, Michigan ("FCI Milan") on January 24, 2013, Petitioner denied any current painful conditions. *See Attachment B, Dental Records and Select Medical Records for Jerome Rabinowitz, Federal Reg. No. 44577-053, at p. 3.* He also denied any dental conditions. *Id.* The screening also notes that Petitioner was informed how to obtain medical, dental and mental health care. *Id. at p.5.*

6.      The BEMR record shows a routine medical exam by a physician at FCI Milan on February 1, 2013. There is no mention of the inmate reporting pain or dental problems. *Id. at pp. 9-13.*

7.      The Dental Admission and Orientation screening performed at FCI Milan on February 20, 2013 shows soft tissues within normal limits and noted that Petitioner has poor oral hygiene. It also reports that the inmate was given oral hygiene instructions and he was instructed how to obtain routine and emergency dental care. *Id. at p.14.*

8.      On April 24, 2013 Petitioner was transferred to the Metropolitan Detention Center, Brooklyn, New York ("MDC Brooklyn"). At his intake health screening on that date Petitioner denied any painful conditions as well as any dental problems. *Id. at p.17.* Petitioner was again instructed on how to obtain medical, dental, and mental health care. *Id. at p.19.*

9.      On April 25, 2013 Petitioner was transferred to FMC Devens. The only current painful condition listed on his intake screening was "pain left rib cage and bad back." *Id. at p.23.* Under the "Dental Condition" section of the screening it specifies responses of "no" for "Pain in Teeth or Mouth," "Swelling in Mouth," and "Current Dental Treatment." *Id.* Petitioner mentioned that he had bleeding gums, but no pain or swelling in his mouth. *Id.* He was once again instructed on how to obtain medical, dental, and mental health care. *Id. at p.26.*

10.     At his Dental Admission and Orientation screening at FMC Devens on May 1, 2013, I noted that soft tissue was within normal limits with no additional findings. *Id. at p. 29.* Further, I instructed him on how to obtain routine and emergency dental care and gave him oral hygiene instructions. *Id.*

11.     Petitioner was placed on "call-out" to see the dental hygienist for a cleaning on December 12, 2013. The note in BEMR states that he did not show for the appointment. *Id. at p.30.*

12.     Petitioner had no further contacts with the Dental Department until April 20, 2015. Only at that time did he present to the dental clinic for "sick-call" complaining of pain in his mouth, specifically the gums on his top front teeth. *Id. at p.31.* Petitioner stated at that time, "I want my teeth cleaned now because I had a stroke 20 years ago and this is going to hurt my heart and brain." *Id.* He was scheduled to have his gums treated the next day (April 21, 2015).

13.     On April 21, 2015, I examined Petitioner and x-rays were taken. *Id. at p.32.* His chief complaint was "bleeding gums" with a 6/10 pain scale reported. *Id.* I noted in BEMR that Petitioner reported that the condition began "1-4 Weeks Ago." *Id.* Petitioner made no mention of a 2 ½ year history of constant gum pain. Following my examination, I noted various conditions present that are consistent with chronic periodontal disease around the upper front teeth (#6-11) and recommended that Scaling and Root Planing (Sc/Rp) be performed on this area. *Id. at p.33.* Scaling and Root Planing is the accepted initial therapy used to treat periodontal disease. I also prescribed an antibiotic and medicated mouth rinse for Petitioner. *Id.* He had the Sc/Rp performed at the same visit by the dental hygienist. Her notes in BEMR indicate that he was administered local anesthesia, followed by the Sc/Rp procedure. *Id. at p.35.* Petitioner reported to her that his condition was present for over six months (he reported to me it was 1-4 weeks). *Id.* She also used her instrument to remove the large amounts of tarter present around the lower front teeth (#24-25). *Id.* Petitioner was given oral health instructions and advised to return to sick-call if more issues needed to be addressed. *Id.*

14.     Petitioner next came to the dental clinic for "sick-call" on May 5, 2015. *Id. at p.37.* He was asked if he was having any pain. He responded that he had no pain and just wanted his teeth cleaned. It was explained to Petitioner that dental sick call is only to be used if he is experiencing pain, swelling or infection. He reiterated, "I have no pain. I want my teeth cleaned." The sick call policy was explained to him again; I and a Dental Assistant explained to him that routine dental care, such as the cleaning he was requesting, would be performed as part of routine dental care and that there is a National Dental Wait List that he would need to be placed on for routine care. It was also explained to him that because he is within one year of his release date, he is only eligible for dental sick call per BOP policy, found at Section 8d.(1) of Program Statement 6400.02, *Dental Services*.[1] *See Attachment A at p.11.* I refilled his mouthwash prescription at that time. *Id.*

15.     Petitioner's other claims are equally without merit. He casually cites "research" regarding periodontal disease and heart disease without providing reference to any specific studies. Notably, Petitioner (through his attorney) also claims that "during the course of his incarceration, his systolic blood pressure has increased tremendously from a normal 110 to a dangerously high 200." This is patently false, as demonstrated by the attached Blood Pressure readings chart. *See Attachment C, BEMR Blood Pressure readings for Jerome Rabinowitz, Federal Reg. No. 44577-053.*

16.     Petitioner is receiving appropriate dental care at FMC Devens.

---

[1] Inmate dental care at all BOP institutions nationwide is provided in accordance with P.S. 6400.02, which states, "Institutions will provide access to non-emergency dental care for sentenced inmates, as resources of staff, time, and materials are available and commensurate with the inmate's ability to maintain good oral health. Non-emergency dental treatment includes "indicated prophylaxis" (i.e., routine cleaning).

Attached hereto, please find true and correct copies of the following documents:

    a.  BOP Program Statement 6400.02, *Dental Services*;
    b.  Dental Records and Select Medical Records for Jerome Rabinowitz, Federal Reg. No. 44577-053;
    c.  BEMR Blood Pressure readings for Jerome Rabinowitz, Federal Reg. No. 44577-053.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Executed this _____ day of May 2015.

 

                                             _____
                                             Yaoshien Peng, D.D.S., LCDR., USPHS
                                             Dental Officer
                                             FMC Devens

Attached hereto, please find true and correct copies of the following documents:

    a.  BOP Program Statement 6400.02, *Dental Services*;
    b.  Dental Records and Select Medical Records for Jerome Rabinowitz, Federal Reg. No. 44577-053;
    c.  BEMR Blood Pressure readings for Jerome Rabinowitz, Federal Reg. No. 44577-053.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Executed this __19th__ day of May 2015.

Yaoshien Peng, D.D.S., LCDR., USPHS
Dental Officer
FMC Devens